IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )         8:07CR185
                                )
       v.                       )
                                )
JORGE ESPINOZA-SALINAS,         )         ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 23). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; sentencing is rescheduled for:

**Thursday, January 17, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.

DATED this 7th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court